# Exhibit D-4

**Taft/**

One Indiana Square, Suite 3500 / Indianapolis, IN 46204-4609
Tel: 317.713.3500 / Fax: 317.713.3699
www.taftlaw.com

THOMAS A. BARNARD
Direct Telephone: 317.713.3601
tbarnard@taftlaw.com

November 2, 2015

<u>*Via U.S. Mail and/or Electronic Mail*</u>

G. Daniel Kelley, Jr.
Ice Miller, LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282-0200

Re:   *1100 West, LLC / Columbia Street Partners, Inc.*

Dear Mr. Kelley:

Since my last correspondence with you we have reviewed the Virtual File Cabinet maintained by the Indiana Department of Environmental Management ("IDEM") relating to the work performed by contractors for Columbia Street Partners, Inc. The latest sampling results posted on the website are from October 2012. We have been requesting sampling performed at the property since that date. However, in light of the fact that Columbia Street Partners has begun implementing the Work Plan and reportedly is undertaking steps to address chlorinated solvents in groundwater – which would likely impact future sampling results at existing monitoring wells – 1100 West will refrain from seeking to reopen discovery if Columbia Street Partners will agree to provide post-remediation sampling results (which are to be provided to IDEM under the Work Plan) within thirty (30) days of the date provided to IDEM. Please let us know. Thank you.

Sincerely,

*/s/ Thomas A. Barnard*
Thomas A. Barnard

cc:   Jack Rogers
      Jerry Fruth

13934940.1