UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**1100 WEST, LLC,**

    *Plaintiff,*

    *v.*

Case No: 1:05-cv-1670-LJM-JMS

**RED SPOT PAINT & VARNISH CO., INC.**,

    *Defendant*

---

**PLAINTIFF 1100 WEST, LLC'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

---

Plaintiff 1100 West now files this Motion to Enforce Settlement Agreement, together with a Memorandum of Law in Support, Motion for Oral Argument, and Motion to File Document Under Seal and to Publicly File Redacted Versions of Document and Brief.

The relief requested by 1100 West is that this Court reopen discovery for the limited purpose of determining whether the Defendant has complied with the terms of the parties' Settlement Agreement. Specifically, 1100 West seeks to serve discovery focused on environmental data, field notes, records, and reports regarding the implementation, performance, and completion of remediation activities in soil and groundwater on the property located at 1011 East Columbia Street, Evansville, Indiana. This discovery will be limited to information relevant to a determination of whether Red Spot or any of the Red Spot Parties or Storms Parties (as such terms are used in the Settlement Agreement) are in breach of the Agreement.

WHEREFORE, Plaintiff 1100 West requests that the Court grant the Motion to Enforce Settlement Agreement, permit 1100 West to conduct limited discovery as outlined in the Memorandum of Law, and for all other just and proper relief.

DATED: February 26, 2021

>Respectfully submitted,
>
>*/s/ Thomas A. Barnard*
>Thomas A. Barnard, Atty. No. 4011-49
>Jayna M. Cacioppo, Atty. No 25514-49
>Taft Stettinius & Hollister LLP
>One Indiana Square, Suite 3500
>Indianapolis, IN  46204
>P: (317) 713-3500
>F: (317) 713-3699
>E: tbarnard@taftlaw.com
>jcacioppo@taftlaw.com
>
>*Attorneys for Plaintiff, 1100 West, LLC*

28708413v1